Certificate Number: 17082-PAM-DE-036797655

Bankruptcy Case Number: 17-01925



17082-PAM-DE-036797655

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>August 30, 2022</u>, at <u>11:14</u> o'clock <u>AM MST</u>, <u>WENDY W MILLER</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>August 31, 2022</u>　　　By: <u>/s/Orsolya K Lazar</u>

　　　　　　　　　　　　　　　Name: <u>Orsolya K Lazar</u>

　　　　　　　　　　　　　　　Title: <u>Executive Director</u>