United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Wendy Wilson Miller  
    Debtor

Case No. 17-01925-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 15, 2022      Form ID: 3180W      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wendy Wilson Miller, 2172 Golden Eagle Drie, York, PA 17408-9409 |
| cr | + | Iron Bridge Landing Condominium Association, Inc., Ansell Grimm & Aaron, PD, David J. Byrne, Esq., 214 Carnegie Center, Suite 112 Princeton, NJ 08540-6237 |
| 4949541 | + | Eagle Home Mortgage, LLC, f/k/a Universal American, 1 Corporate Drive, Lake Zurich, IL 60047-8944 |
| 4919453 | + | Fidelity, Po Box 770003, Cincinnati, OH 45277-7703 |
| 4972854 | + | Gastro Associates of York, 2690 Southfield Dr., York, PA 17403, 7 17403-4510 |
| 4919456 | + | Iron Bridge Landing Condo Assoc., 1000 N. Prince Street, Lancaster, PA 17603-2736 |
| 5305180 | + | Iron Bridge Landing, A Condominium, c/o Sara A. Austin, Esq., 226 E. Market St., York, PA 17403-2001 |
| 4919458 | | Square One Financial/Cach Llc, Po Box 5980, Denver, CO 80127 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5391120 | | Email/PDF: bncnotices@becket-lee.com | Dec 15 2022 19:04:24 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5391121 | + | Email/PDF: bncnotices@becket-lee.com | Dec 15 2022 19:04:33 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701, Afni, Inc., c/o Becket and Lee LLP 19355-0701 |
| 4971133 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2022 18:54:16 | CACH, LLC its successors and assigns as assignee, of Synchrony Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4944405 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 15 2022 18:54:10 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4919451 | + | EDI: CAPITALONE.COM | Dec 15 2022 23:53:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4919452 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 15 2022 18:54:21 | Cws/cw Nexus, 101 Crossways Park Dr W, Woodbury, NY 11797-2020 |
| 4944492 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Dec 15 2022 18:50:00 | Dovenmuehle Mortgage Inc., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 4919454 | | Email/Text: jill@ffcc.com | Dec 15 2022 18:50:00 | First Federal Credit & Collections, 24700 Chagrin Blvd, Suite 205, Cleveland, OH 44122 |
| 4919455 | | Email/Text: BNSFN@capitalsvcs.com | Dec 15 2022 18:50:00 | First National Credit Card/Legacy, First National Credit Card, Po Box 5097, Sioux Falls, SD 51117 |
| 5343469 | | Email/Text: Bankruptcy@Freedommortgage.com | Dec 15 2022 18:50:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5343470 | | Email/Text: Bankruptcy@Freedommortgage.com | Dec 15 2022 18:50:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 4919450 | | EDI: IRS.COM | Dec 15 2022 23:53:00 | IRS Centralized Insolvency Oper., PO Box 21126, Philadelphia, PA 19114-0326 |
| 4919459 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Dec 15 2022 18:50:00 | State Farm Financial S, 1 State Farm Plaza, Bloomington, IL 61710 |
| 4919457 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2022 18:50:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 4968345 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2022 18:50:00 | Midland Funding LLC, Midland Credit Mgmt. Inc. as agent for, MIdland Funding LLC, Po Box 2011, Warren, MI 48090-2011 |
| 4969712 | | EDI: PRA.COM | Dec 15 2022 23:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4920054 | + | EDI: RECOVERYCORP.COM | Dec 15 2022 23:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4940868 | | EDI: BECKLEE.COM | Dec 15 2022 23:53:00 | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4930965 | + | Email/Text: bncmail@w-legal.com | Dec 15 2022 18:50:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4919460 | + | EDI: WTRRNBANK.COM | Dec 15 2022 23:53:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2022   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Alexandra Teresa Garcia | on behalf of Creditor Eagle Home Mortgage LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | |

| | |
|---|---|
| | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Brian C Nicholas | |
| | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Celine P DerKrikorian | |
| | on behalf of Creditor Universal American Mortgage Company  LLC ecfmail@mwc-law.com |
| Dawn Marie Cutaia | |
| | on behalf of Debtor 1 Wendy Wilson Miller dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | |
| | TWecf@pamd13trustee.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | |
| | on behalf of Creditor Eagle Home Mortgage  LLC ecfmail@mwc-law.com |
| Marisa Myers Cohen | |
| | on behalf of Creditor Universal American Mortgage Company  LLC ecfmail@mwc-law.com |
| Michael Patrick Farrington | |
| | on behalf of Creditor Freedom Mortgage Corporation mfarrington@kmllawgroup.com |
| Raymond M Kempinski | |
| | on behalf of Creditor Eagle Home Mortgage  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Sara A. Austin | |
| | on behalf of Creditor Iron Bridge Landing Condominium Association  Inc. saa2@austinlawllc.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 13

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Wendy Wilson Miller<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx-xx-1205<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17-bk-01925-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Wendy Wilson Miller
fka Wendy Wilson Soddu

12/15/22

**By the court:**

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**