IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Wendy Wilson Miller fka Wendy Wilson Soddu<br>            Debtor(s)<br><br>**FREEDOM MORTGAGE CORPORATION**<br>            Movant<br><br>vs.<br><br>**Wendy Wilson Miller fka Wendy Wilson Soddu**<br>            Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>            Trustee | BK NO. 17-01925 HWV<br><br>Chapter 13<br><br>Related to Claim No. 4 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 31, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Wendy Wilson Miller fka Wendy Wilson Soddu
2172 Golden Eagle Drie
York, PA 17408

Attorney for Debtor(s)
Dawn Marie Cutaia, Pugh and Cutaia, PLLC
115 E. Philadelphia Street
York, PA 17404

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: October 31, 2022

/s/Michael P. Farrington Esq.
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com